UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| BOBBY SEURAJ | ) | **CIVIL ACTION NO.** |
| | ) | 5:11-cv-00469-BO |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| | ) | |
| COLLECTCORP CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Eastern District of North Carolina, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

DATED this 2nd day of December, 2011.

        Respectfully submitted,

        /s/ Holly E. Dowd
        Holly E. Dowd (N.C. Bar No. 37533)
        Weisberg & Meyers, LLC
        ATTORNEYS FOR PLAINTIFF

1

409A Wakefield Dr.
Charlotte, NC 28209
(888) 595-9111 ext. 260
(866) 565-1327 (fax)
hdowd@attorneysforconsumers.com

*Please send correspondence to the address below*

Holly E. Dowd
***Weisberg & Meyers, LLC***
5025 N. Central Ave. #602
Phoenix, AZ 85012

Notice Filed electronically on this 2nd day of December, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 2nd day of December, 2011, to:

Ms. Jessica Hawkins
Sessions, Fishman, Nathan & Isreal of Illinois, LLC
900 Jackson St.
Suite 440
Dallas TX 75208

s/Dana Patch
Dana Patch