# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| BOBBY SEURAJ | ) CIVIL ACTION NO.<br>) 5:11-cv-00469-BO<br>) |
| Plaintiff, | )<br>) **STIPULATION TO DISMISS**<br>) **PURSUANT TO SETTLEMENT** |
| vs. | )<br>) |
| COLLECTCORP CORPORATION | )<br>) |
| Defendant. | ) |
| _____ | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice and without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

| For Plaintiff, | For Defendant, |
|---|---|
| s/ Holly E. Dowd | s/ Ms. Jessica Hawkins |
| Weisberg & Meyers, LLC | Sessions, Fishman, Nathan, Israel, LLC |

DATED this 19th day of January, 2012.

Respectfully submitted,

/s/ Holly E. Dowd
Holly E. Dowd (N.C. Bar No. 37533)
Weisberg & Meyers, LLC
ATTORNEYS FOR PLAINTIFF

1

409A Wakefield Dr.  
Charlotte, NC 28209  
(888) 595-9111 ext. 260  
(866) 565-1327 (fax)  
hdowd@attorneysforconsumers.com

Filed electronically on this 19th day of January, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 19th day of January, 2012, to:

Ms. Jessica Hawkins  
Sessions, Fishman, Nathan & Isreal of Illinois, LLC  
900 Jackson St.  
Suite 440  
Dallas TX 75208

s/Dana Patch  
Dana Patch