UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BOBBY SEURAJ | ) CIVIL ACTION NO.<br>) 5:11-cv-00469-BO<br>) |
| Plaintiff, | )<br>)<br>) **ORDER OF DISMISSAL**<br>) **PURSUANT TO SETTLEMENT** |
| vs. | )<br>) |
| COLLECTCORP CORPORATION | )<br>) |
| Defendant. | )<br>) |

Pursuant to settlement and to the parties Stipulation for Dismissal, the case is dismissed *with* prejudice and without fees or costs to either party.

SO ORDERED.

Dated 29 January, 2012.

UNITED STATES DISTRICT JUDGE

1